IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 00-15885
_____
(D. C. Docket No. 98-00962–CV)

AT&T WIRELESS PCS INC.,

                                                          Plaintiff-Appellant,

        versus

CITY OF ATLANTA,
ATLANTA CITY COUNCIL,
ROBB PITTS,
VERN MCCARTY,
DEBI STARNES, et. al.,

                                                          Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(Opinion May 8, 2001, 250 F.3d . 1307 , 11th Cir., 2001)

(August 10, 2001)

Before ANDERSON, Chief Judge, TJOFLAT,  EDMONDSON,  BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

        A member of this court in active service having requested a poll on whether rehearing en banc should be granted, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

        IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.